# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-15877-mdc |
| Gloria Taddei, | Chapter 11 |
| Debtor. | |

## Notice of Withdrawal of Appearance

**PLEASE TAKE NOTICE** that although notice was not filed contemporaneously, Michael A. Cibik, Michael A. Cataldo, and Cibik Law, P.C. f/k/a Cibik & Cataldo, P.C., withdrew as counsel to the Debtor in this matter on December 6, 2017, when Damien Tancredi entered his appearance for the Debtor.

Dated: March 24, 2022

CIBIK LAW, P.C.

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com