# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gloria Taddei<br>　　　　　　　　Debtor(s) | CHAPTER 11 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>　　　　　　　　Movant<br>　　　vs.<br>Gloria Taddei<br>　　　　　　　　Debtor(s)<br>Kevin P. Callahan<br>　　　　　　　　Trustee | NO. 17-15877 MDC |

## ORDER

AND NOW, this  21st  day of      April    2022, it is: ORDERED THAT Movant's Motion to Re-Open Case is hereby GRANTED and it is FURTHER ORDERED THAT the Chapter 11 case of Gloria Taddei is Re-Opened and the Stipulation filed with Movant's Motion is hereby approved.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge