UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Bky. No. 17-15877mdc |
| Gloria Taddei | : | |
| Debtor | : | |

## ORDER

AND NOW, it appearing that the above referenced case was reopened, and, it further appearing that administration of this case has been completed, it is,

ORDERED, that the above referenced case is hereby CLOSED.

May 9, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE